**STATEMENT OF RETURNED ITEMS**

# CHECKCARE®

Converting Transactions Into Profits. Guaranteed

Checkcare Systems has been authorized to process payment or has purchased your returned checks from the merchants below

| | | | |
|---|---|---|---|
| PIP3361■■■■ | 10-29-13 | 1 | $260.75 |

**Please See The Reverse Side Of This Statement For Important Consumer Information**

**CCS**

POST OFFICE BOX 182237
CASSELBERRY, FL 32718-2237

David E Pippin
202 Colony Drive
Casselberry, FL 32707

The items listed below have been returned unpaid by your bank or financial institution. CHECKCARE has recorded information concerning these items in our local and national computer verification system. This may impact your ability to use your checks as a form of payment at area merchants. Upon receipt of payment in full, CHECKCARE will update our computer system to reflect your payment in full.

| CHECK # | | | | | |
|---|---|---|---|---|---|
| 105 | 10/10/13 | CITY OF CASSELBERRY UTILITIES DEPT | | INSUFFICIENT FUNDS | YES |

The balance due includes all bank, collection and service charges, per check, as permitted by State law.

To allow you time to mail your payment, we will not attempt to contact you again until 5 days from the date of this letter. If your payment is not received within 5 days, one of our accounts administrators will contact you at the telephone number(s) that you provided at the time that you issued the above check(s). Items marked with ELECTRONIC "yes" are subject to the FRB notice on the back of this statement.

To ensure proper credit, make your money order, cashier's check, or personal check payable to CHECKCARE and return the bottom portion of this statement in the envelope provided. If you would like us to draft your checking account for the balance due, contact us at the telephone number listed on the back, or if you have internet access, you may pay your check(s) online at the internet address on the back of this statement.

✂ ---------------------------------------------------------------------

Return This Portion With Payment. Ensure That The CCS Address Is Visible Through The Envelope Window

DAVID E PIPP.N.
405 DOUGLAS AVENUE, #1655C.
ALTAMONTE SPRGS. FL 32714

0-CENTER



| | | |
|---|---|---|
| PIP3361■■■■ | 10-29-13 | 1 |
| $260.75 | | |

**CCS - PROCESSING CENTER**
POST OFFICE BOX 182237
CASSELBERRY, FL 32718-2237

EXHIBIT
A1

**Additional Information Regarding Your Returned Check(s)**

**Q:** Why did the merchant not contact me when they received my check back?
**A:** The merchant never received your returned check. Because CHECKCARE is a <u>Guarantee</u> service, we receive all of our client's checks direct from their banks when they are returned unpaid.

**Q:** Why do I have to pay additional charges?
**A:** Under State laws the maker of the check (you) must pay a **service charge** (based on the State law) and possibly any bank fees charged against the merchant to the holder of the returned check (CHECKCARE) upon demand. Under certain State laws, the maker of the check (you) must, additionally, pay the cost for collection of the returned check to the holder of the check (CHECKCARE).

The following example is for checks written to merchants based in the State of Florida:

| Bank Charges & Collection Costs ||| |
|---|---|---|---|
| Check Amount | Bank Charge: || Collection Costs Fee: |
| $ Any | Varies based on merchant/client's bank || $ 7.50 to $ 10 based on account age |
| Service Charge Chart (Fl Statutes 832) **(charged in addition to bank charges and collection costs)** ||| |
| If your check amount was at least | but less than or equal to: || then the service charge amount is: |
| $ 0.01 | $ 50.00 || $ 25.00 |
| $ 50.01 | $ 300.00 || $ 30.00 |
| $ 300.01 | $ 800.00 || $ 40.00 |
| $ 800.01 | Greater Than $ 800.01 || 5% of the face value of the check |

Please consult your State laws for further information regarding your State guidelines regarding returned check fees and charges. The service charges and fees are based on where the merchant is operating or, in the case of mail order, service or internet businesses, what choice of law provision is stated either online or disclosed in a billing statement.

**Q:** My bank already took close to $30 out of my account, can't you get it from them?
**A:** No. The charges that your bank deducts from your account are the charges that <u>you agreed to pay to your bank</u> if a check ever returned unpaid against your account.

**Q:** My bank made a mistake on my account, do I still have to pay the check & charges?
**A:** Yes. Unfortunately, CHECKCARE can only hold <u>you</u> responsible for payment of the returned check and statutory charges. We recommend that you pay the balance in full and request an itemized receipt and the original check back from our office. With this documentation, you can ask your bank to credit your account for the charges.

**Q:** My checkbook was stolen. Am I still responsible for the check(s)?
**A:** No. However, to clear your name from the verification computer, CHECKCARE must have a copy of a police report filed out at the time your checkbook was stolen, or a signed affidavit of forgery regarding the stolen check(s).

**IMPORTANT FRB REGULATION E NOTICE REGARDING ELECTRONIC REPRESENTMENT OF CHECKS**
CHECKCARE reserves the right to electronically process your returned check and any service charges and fees associated with it for payment. CHECKCARE will <u>not</u> take this action without giving you the chance to contact us first. If, however, you do not contact us within ten (10) days from the date of this notice, CHECKCARE may, at its discretion, process, <u>first</u>, the face value of the check for payment and, upon notice of payment, process a second electronic debit for the service charges and fees. The total amounts processed will be equal to the balance due shown on the front of this notice. If you do not want CHECKCARE to take this action, we request that you contact us immediately upon receipt of this notice to make alternate arrangements for payment of the returned item(s) and charges. Please note that the FRB Regulation E does not require the ten (10) day grace period described above. This is something that CHECKCARE has implemented to enhance your customer experience.

The following notice is given pursuant to Federal Law, and does not indicate that CHECKCARE believes that the returned items are anything other than an honest mistake: This is an attempt to collect a debt, and any information obtained will be used for that purpose. Unless, within thirty days, you dispute the validity of the debt or any portion thereof, we will assume this debt is valid. If you notify us in writing within thirty days, we will: obtain verification of the debt or obtain copy of a judgment and mail you a copy of such judgment or verification. If you request, in writing, within thirty days, we will provide you with the name and address of the original creditor, if different from the current creditor.

| Payment Mailing Address: CHECKCARE SYSTEMS Post Office Box 182237 Casselberry, FL 32718-2237 | Physical/Overnight: CHECKCARE SYSTEMS 950 S. Winter Park Dr #100 Casselberry, FL 32707 | Pay Online At: http://checkcare.avmet.com/paymycheck | Telephone: Local(Orlando): (407) 339-2439 Long Distance: (888) 339-2439 |
|---|---|---|---|

✂------------------------------------------------------------------
Return This Portion With Payment. Ensure That The CCS Address Is Visible Through The Envelope Window

**Please select your Payment Option Below**

**INSERT OPPOSITE SIDE TOWARD ENVELOPE WINDOW PLEASE**

___ Personal Check Enclosed
___ Money Order Enclosed
___ Please Just Draft My Checking Account For The Balance Due Upon Receipt Of This Payment Notice

We accept:

| MoneyGram ExpressPayment | RECEIVE CODE: 1830 |
|---|---|
| | COMPANY: CHECKCARE |
| | ACCOUNT: PIP3361_ |

MONEYGRAM EXPRESS PAYMENT IS AVAILABLE AT MOST WAL-MART STORES NATIONWIDE. FOR THE LOCATION OF YOUR CLOSEST AGENT PLEASE CONTACT US

Signature For Draft Authorization
_____



EXHIBIT A2