**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID PIPPIN, *an individual*,
on behalf of himself and all
others similarly situated,

      Plaintiff,

v.

Case No.: 6:14-cv-1591-GAP-KRS

TJEM, INC., d/b/a CHECKCARE, d/b/a
CHECKCARE SYSTEMS,
*a Florida for-profit corporation,* and
THE CHECKCARE GROUP, LLC,
*a foreign limited liability company*,

      Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

**COME NOW**, Plaintiff, DAVID PIPPIN (hereinafter "Plaintiff"), by and through the undersigned counsel pursuant to Middle District of Florida, Local Rule 3.08, and hereby submit this *Notice of Pending Settlement* and state:

1. Plaintiff and Defendants, TJEM, INC., d/b/a CHECKCARE, d/b/a CHECKCARE SYSTEMS, and THE CHECKCARE GROUP, LLC (hereinafter "Defendants"), reached a settlement with regard to all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2. Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendants' counsel, and Defendants agree to the relief sought.

Submitted this 3rd day of May 2016.

>Respectfully submitted,
>**LEAVENLAW**
>
>*/s/ Ian R. Leavengood*
>**Ian R. Leavengood, Esq., FBN 0010167**
>**J. Andrew Meyer, Esq., FBN 56766**
>**Aaron M. Swift, Esq., FBN 93088**
>Northeast Professional Center
>3900 First Street North, Suite 100
>St. Petersburg, FL 33703
>Phone: (727) 327-3328
>Fax: (727) 327-3305
>ileavengood@leavenlaw.com
>ameyer@leavenlaw.com
>aswift@leavenlaw.com
>*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing *Notice of Pending Settlement* has been furnished electronically this 3rd day of May 2016 to:

Richard B. Weinman, Esq.
Winderweedle, Haines, Ward & Woodman, P.A.
390 N. Orange Ave, Suite 1500
Orlando, FL 32801
RWeinman@whww.com
*Attorneys for Defendants*

>/s/ Ian R. leavengood
>Attorney