# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**DAVID PIPPIN,**

**Plaintiff,**

**v.** **Case No: 6:14-cv-1591-Orl-31KRS**

**TJEM INC. and THE CHECKCARE GROUP, LLC,**

**Defendants.**

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Pending Settlement (Doc. 33), it is

**ORDERED** that this case is DISMISSED without prejudice pursuant to Local Rule 3.08(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 4, 2016.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties