**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID PIPPIN, *an individual*,
on behalf of himself and all
others similarly situated,

Case No.: 6:14-cv-1591-GAP-KRS

Plaintiff,
v.

TJEM, INC., d/b/a CHECKCARE, d/b/a
CHECKCARE SYSTEMS,
*a Florida for-profit corporation*, and
THE CHECKCARE GROUP, LLC,
*a foreign limited liability company*,

Defendants.
___________________________________/

**STIPULATION FOR SETTLEMENT AND**
**JOINT MOTION TO ABATE UNTIL JANUARY 31, 2017**

**COME NOW**, Plaintiff, DAVID PIPPIN, (hereinafter "Plaintiff") and TJEM, Inc., d/b/a CHECKCARE, d/b/a CHECKCARE SYSTEMS and THE CHECKCARE GROUP, LLC (hereinafter collectively, "Defendants") by and through the undersigned counsel and pursuant to Middle District of Florida, Local Rule 3.08, and hereby submit this *Stipulation for Settlement and Joint Motion to Abate Until January 31, 2017*, and move the Court as follows:

1. Plaintiff and Defendants have reached a confidential settlement with regard to all claims in this case, and the parties' performance of the terms of the written confidential settlement agreement and release of liability is currently in progress.

2. However, because the parties' performance obligations under the settlement agreement extend over a period of time , the parties move the Court to keep the case administratively open and to retain jurisdiction until January 31, 2017, for purposes of

enforcement of the settlement agreement and entry of final judgment, as deemed appropriate, following a party's filing of a motion requesting such relief.

3. This requested extension of time will allow Plaintiff and Defendants to fulfill the terms of the confidential settlement agreement.

4. Parties shall submit a proposed Agreed Order approving the Stipulation for Settlement and granting parties' Joint Motion to Abate.

5. Upon parties' performance of the terms of the settlement agreement and release, Plaintiff's counsel will execute and file with the Court a Notice of Settlement and Stipulation for Dismissal with Prejudice.

**MEMORANDUM IN SUPPORT**

6. Pursuant to Local Rule 3.01(a), Plaintiff submits this Memorandum of Law in support of the foregoing Motion.

7. Fed. R. Civ. P. 6(b) provides that the Court, in its discretion for cause shown, may enlarge a period of time provided by the rules for a party to act, when requested before the expiration of the period to be enlarged.

8. Such authority is within the Court's broad discretion to manage its cases, including scheduling. *See Chrysler Int'l. Corp. v. Chemaly,* 280 F.3d 1358, 1360 (11th Cir. 2002) (citing *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001)).

9. As this Motion sets forth good cause for the relief sought, and neither the parties nor these proceedings would be prejudiced, the granting of this Motion would be an appropriate exercise of the Court's discretion.

10. Indeed, where the parties agree to the relief requested, the ends of justice and efficient use of judicial resources would best be served by enlarging the period of time for the parties to settle their disputes without the need for further litigation and appeal.

**WHEREFORE**, Plaintiff and Defendants respectfully request this Court enter an order extending the deadline for parties to seek enforcement of the settlement agreement and entry of final judgment, administratively keeping the action open through and including January 31, 2017.

**3.01(g) CERTIFICATION**

Pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that they have conferred and each have no objection to the relief sought.

Respectfully submitted this 27th day of July 2016.

LEAVENLAW

/s/ *Ian R. Leavengood*
**Ian R. Leavengood, Esq., FBN 0010167**
**J. Andrew Meyer, Esq., FBN 56766**
**Aaron M. Swift, Esq., FBN 93088**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
ileavengood@leavenlaw.com
ameyer@leavenlaw.com
aswift@leavenlaw.com
*Attorneys for Plaintiff*

Winderweedle, Haines, Ward & Woodman, P.A.

*/s/ Richard B. Weinman*
**Richard B. Weinman, Esq., FBN 231370**
390 N. Orange Ave, Suite 1500
Orlando, FL 32801
Phone: (407) 423-4246
Fax: (407) 423-7014
RWeinman@whww.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 28, 2016, a true and correct copy of the foregoing *Stipulation for Settlement and Joint Motion to Abate* has been filed with the

Clerk of Court via the CM/ECF system, which will furnish an electronic copy to all counsel of record.

/s/ *Ian R. Leavengood*
Attorney