# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**DAVID PIPPIN,**

**Plaintiff,**

**v.** **Case No: 6:14-cv-1591-Orl-31KRS**

**TJEM INC. and THE CHECKCARE GROUP, LLC,**

**Defendants.**

---

## ORDER

Upon consideration of the Joint Motion to Abate until January 31, 2017 (Doc. 35), it is

**ORDERED** that the Motion to Abate is GRANTED, in part. This Court will retain jurisdiction until January 31, 2017. Upon the Parties' performance of the terms of their confidential settlement agreement, Plaintiff shall file a Stipulation for Dismissal with Prejudice. In the event Parties do not fully perform the terms of the settlement agreement and release, the moving party will notify the Court of such default, will file the Parties' settlement agreement with the Court along with any corresponding affidavits, and move the Court to enforce the terms of the settlement agreement and may request entry of final judgment.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 29, 2016.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party